IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02506-WDM-CBS

HSBC BANK USA,

    Plaintiff,

v.

VICKI R. CROWE,
ANY AND ALL OCCUPANTS CLAIMING INTEREST UNDER DEFENDANT(S),

    Defendants.

## ORDER ON MOTION TO RECONSIDER

Miller, J.

This case is before me on the Motion to Reconsider Order Dated 1/15/08 (doc no 19) filed by Defendant Vicki R. Crowe. Plaintiff for the second time requests that I reconsider my remand order and denial of her motion to alter the remand order. A certified copy of my remand order was delivered to the District Court, Arapahoe County, Colorado on December 28, 2007 and a return receipt was received on January 7, 2008. I am now divested of jurisdiction over this matter and cannot reconsider my previous orders. 28 U.S.C.A. § 1447(c); *Scherer v. Merck & Co., Inc.*, 241 Fed.Appx.

482, 484 (10th Cir. 2007).

DATED at Denver, Colorado, on January 24, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge